UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                        CASE NO. 6:00-cr-147-Orl-19DAB

WILHEMINA BRYAN,

    Defendant.
_____

## ORDER

This case is before the Court on the following motion:

**MOTION**: Defendant's Motion for Rule 60(b) Fraud, Misrepresentation, or Other Misconduct by an Adverse Party (Doc. No. 462, filed March 29, 2006).

Federal Rule of Civil Procedure Rule 60(b)(3) provides parties the opportunity to seek relief from a final judgment when the party can show "fraud . . . , misrepresentation, or other misconduct of an adverse party." However, such relief must be sought within one year after the judgment was entered. *See* Fed. R. Civ. P. 60(b). Defendant's Judgement in a Criminal Case (Doc. No. 426) was entered on October 7, 2003, and the Rule 60(b)(3) motion is untimely.

Thereon it is **ORDERED** that the motion is **DENIED**.

**DONE AND ORDERED** at Orlando, Florida this 11th day of April, 2006.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sa 4/11
Wilhemina Bryan
Counsel of Record