UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                 CASE NO. 6:00-cr-147-Orl-19DAB

WILHEMINA BRYAN,

    Defendant.

_____

**ORDER**

Defendant filed a Motion for Rule 60(b) Fraud, Misrepresentation, or Other Misconduct by an Adverse Party (Doc. No. 462) alleging various grounds for relief. The grounds mirror many of the claims set forth in Defendant's § 2255 motion, *see* Doc. No. 456, which was denied as untimely. *See* Doc. No. 463. Defendant subsequently filed a Motion for Reconsideration of Dismissal of Rule 60(b) (Doc. No. 464).

The Court finds that Defendant's motion for reconsideration fails to state a sufficient basis to warrant the relief requested. Furthermore, even assuming the motion was timely filed, Defendant has neither alleged nor shown fraud, misrepresentation, or other misconduct as required to support granting relief under Rule 60(b). Finally, a separate Order has been entered in Defendant's § 2255 proceedings considering the substantive claims set forth in her Rule 60(b) motion and her motion for reconsideration.

Accordingly, it is hereby **ORDERED**: Defendant's Motion for Reconsideration of Dismissal of Rule 60(b) (Doc. No. 464) is **DENIED**.

**DONE AND ORDERED** at Orlando, Florida, this __11th___ day of January, 2007.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sa 1/11
Wilhemina Bryan
Counsel of Record